MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00267-JLT-SKO |
| Plaintiff, | STIPULATION CONTINUING CHANGE OF PLEA HEARING; ORDER |
| v. | |
| CARLOS ERNESTO FRANCO SARABIA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on February 10, 2025.

2. By this stipulation, defendant now moves to continue the change of plea hearing April 7, 2025, and to exclude time between February 10, 2025, and April 7, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, video, audio recordings, cell phone extractions, and other voluminous materials. On or about January 13, 2023, the government produced approximately 430 GBs of supplemental discovery.

b) Counsel for the defendant will be in trial from February 3 through April 15, 2025. Counsel for defendant desire additional time to consult with their client, prepare for the change of plea hearing, and gather materials for sentencing.

c) Counsel for defendant believe thats failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 10, 2025 to April 7, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 29, 2025                             MICHELE BECKWITH
                                                    Acting United States Attorney

                                                    /s/ ANTONIO J. PATACA
                                                    ANTONIO J. PATACA
                                                    Assistant United States Attorney

Dated: January 29, 2025                             /s/ ROGER WILSON
                                                    ROGER WILSON
                                                    Counsel for Defendant
                                                    CARLOS ERNESTO FRANCO
                                                    SARABIA

**ORDER**

IT IS SO ORDERED.

Dated:  **January 30, 2025**

UNITED STATES DISTRICT JUDGE