ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ERNESTO FRANCO SARABIA,<br><br>Defendant. | CASE NO. 1:22-CR-00267-JLT-SKO<br><br>STIPULATION VACATING TRIAL AND SETTING CHANGE OF PLEA HEARING; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on October 28, 2025.

2. By this stipulation, defendant now moves to vacate the trial date and set a change of plea hearing on October 27, 2025. No exclusion of time is necessary as time has already been excluded up to and including October 28, 2025.

3. The plea agreement will be filed within one week from the filing of this stipulation.

IT IS SO STIPULATED.

Dated: September 10, 2025

    ERIC GRANT
    United States Attorney

    /s/ ANTONIO J. PATACA
    ANTONIO J. PATACA
    Assistant United States Attorney

Dated: September 10, 2025

    /s/ ROGER WILSON
    ROGER WILSON
    Counsel for Defendant
    CARLOS ERNESTO FRANCO
    SARABIA

## ORDER

IT IS SO ORDERED.

Dated: **September 12, 2025**

UNITED STATES DISTRICT JUDGE