LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ERNESTO FRANCO,<br><br>Defendant. | CASE NO: 1:22 CR 267 JLT SKO<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

**STIPULATION TO CONTINUE SENTENCING**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1.  By prior order of the Court, this matter was set for sentencing on February 9, 2026, in front of Hon. J. Thurston.

2.  By this stipulation, the defendant now moves to continue the sentencing hearing until March 30, 2026.

    a.  The parties agree and stipulate, and request that the Court find the following:

        i.  Defense Counsel was appointed on or about December 4, 2025 when prior counsel, Roger Wilson, was appointed to the Tulare County Superior Court.

1



ii. Counsel for the defendant desires additional time to advise the defendant regarding his rights and obligations and prepare for sentencing.

iii. At the time of appointment Counsel for the defendant was engaged in a special circumstance murder trial (Merced County case 19CR-00470) and extraordinary writ proceedings (5th DCA case F088934) necessitating additional time to prepare.

iv. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

b. The government does not object to the continuance.


IT IS SO STIPULATED.

Dated: January 13, 2026                            Respectfully submitted,

/s/ Antonio Pataca
_____
Antonio Pataca
*AUSA*

Dated: January 13, 2026                            Respectfully submitted,

/s/ Michael J. Aed
_____
Michael J. Aed
*Attorney for Defendant*


**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **January 14, 2026**

_____
UNITED STATES DISTRICT JUDGE


2

Stipulation to Continue Sentencing
1:24-CR-00128

**Legal Aed**
Excellence in Criminal Defense
The Law Offices of Michael J. Aed