Law Office of Michael J. Aed
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:22-CR-00267-JLT-SKO |
| Plaintiff, | |
| v. | **RELEASE ORDER** |
| CARLOS ERNESTO FRANCO SARABIA, | |
| Defendant. | |

**ORDER**

This matter came before the court for sentencing on March 30, 2026.  Having sentenced Carlos Ernesto Franco Sarabia to credit for time-served, the court orders his immediate release from custody.

IT IS SO ORDERED.

Dated:   **March 30, 2026**

_____
UNITED STATES DISTRICT JUDGE