Law Office of Michael J. Aed
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ERNESTO FRANCO<br><br>Defendant. | No.  1:22-CR-267-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL J. AED AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |

On October 6, 2022, Defendant Carlos Ernesto Franco was indicted on federal charges. CJA Panel Attorney Michael J. Aed was appointed as trial counsel to represent Mr. Franco on November 19, 2025 in his criminal case.  Mr. Franco was sentenced on March 30, 2026.  The time for filing a direct appeal was April 13, 2026.  No direct appeal was filed.   Mr. Franco was in custody at the time of sentencing.  He was given credit for time served.  Having completed representation of Mr. Franco, CJA attorney Michael J. Aed now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Franco require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  April 15, 2026                                Respectfully submitted,


                                                      /s/ Michael J. Aed
                                                      Michael J. Aed


### [PROPOSED] ORDER

     Having reviewed the notice and found that attorney Michael J. Aed has completed the services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

     The Clerk of Court is directed to serve a copy of this order on Defendant Carlos Ernesto Franco at the following address and to update the docket to reflect Defendant's pro se status and contact information, 449 8th Street, McFarland, CA 93250


IT IS SO ORDERED.

     Dated:   **April 15, 2026**

                                                      _Jennifer L. Thurston_
                                                      UNITED STATES DISTRICT JUDGE